No. 82–6547. ARANA-ARGUELLO v. UNITED STATES; and
No. 82–6578. VELIZ-VALLARDES v. UNITED STATES.
C. A. 5th Cir. Certiorari denied. Reported below: 698 F.
2d 227.

No. 82–6548. HUFF ET AL. v. UNITED STATES. C. A.
10th Cir. Certiorari denied.

No. 82–6572. OLIVER ET AL. v. HUNTINGDON COUNTY
COMMISSIONERS ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–1259. ILLINOIS v. SMITH. Sup. Ct. Ill. Motion
of respondent for leave to proceed in forma pauperis
granted. Certiorari denied.

No. 82–1285. ESTELLE, DIRECTOR, TEXAS DEPARTMENT
OF CORRECTIONS v. FRENCH. C. A. 5th Cir. Motion of re-
spondent for leave to proceed in forma pauperis granted.
Certiorari denied.

No. 82–1578. ALABAMA v. JOHNSON. Ct. Crim. App.
Ala. Motion of respondent for leave to proceed in forma
pauperis granted. Certiorari denied.

No. 82–1311. JEWELL PRODUCTIONS, INC., AKA EROS,
ET AL. v. CALIFORNIA. App. Dept., Super. Ct. Cal., County
of Los Angeles. Certiorari denied. JUSTICE BRENNAN and
JUSTICE MARSHALL would grant the petition for writ of cer-
tiorari and vacate the conviction.